IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Robert Delgadillo, Plaintiff, v. Officer Gray, Defendant. | ) | Civil Action No. 6:25-cv-13237-BHH **ORDER** |

This matter is before the Court upon Plaintiff Robert Delgadillo's ("Plaintiff") *pro se* complaint filed against Defendant Officer Gray ("Defendant") pursuant to 42 U.S.C. § 1983. On March 5, 2026, Defendant filed a motion for summary judgment. (ECF No. 25.) The matter was referred to a United States Magistrate Judge for preliminary determinations in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C.

On October 2, 2026, the Magistrate Judge issued a report and recommendation ("Report"), outlining the issues and recommending that the Court grant Defendant's motion for summary judgment. (ECF No. 52.) In the Report, the Magistrate Judge found, among other things, that Plaintiff has not established that Defendant violated his constitutional rights and that Defendant is entitled to qualified immunity. (*Id.*)

Attached to the Magistrate Judge's Report was a notice advising the parties of the right to file written objections to the Report within fourteen days of being served with a copy. To date, no objections have been filed.[1]

The Magistrate Judge makes only a recommendation to the Court. The

[1] Plaintiff filed an affidavit on October 7, 2026, requesting the appointment of counsel and moving to compel certain evidence. (ECF No. 54.) Importantly, nothing in Plaintiff's affidavit responds to the Magistrate Judge's findings and conclusions.

recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a *de novo* determination only of those portions of the Report to which specific objections are made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of specific objections, the Court reviews the matter only for clear error. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

Here, because no objections have been filed, the Court has reviewed the record, the applicable law, and the recommendations of the Magistrate Judge for clear error. After careful review, the Court finds no clear error and fully agrees with the Magistrate Judge's thorough analysis. **Accordingly, the Court adopts and specifically incorporates the Magistrate Judge's Report (ECF No. 52). Thus, for the specific reasons set forth by the Magistrate Judge, the Court grants Defendant's motion for summary judgment (ECF No. 25).**

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

October 26, 2026
Charleston, South Carolina